```
 1  TIFFANY & BOSCO
        P.A.
 2  2525 EAST CAMELBACK ROAD
 3  SUITE 300
    PHOENIX, ARIZONA 85016
 4  TELEPHONE: (602) 255-6000
 5  FACSIMILE: (602) 255-0192
```

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: November 10, 2009**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

```
 6  Mark S. Bosco
    State Bar No. 010167
 7  Leonard J. McDonald
    State Bar No. 014228
 8  Attorneys for Movant

 9  09-23506/0057141137
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Joel Martin Browner<br>       Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>       Movant,<br>   vs.<br><br>Joel Martin Browner, Debtor, Roger W. Brown, Trustee.<br><br>       Respondents. | No. 2:09-bk-21016-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 19, 2005 and recorded in the office of the Howard County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Joel Martin Browner has an interest in, further described as:

> BEING KNOWN AND DESIGNATED as Lot No. 37 as shown on a Plat entitled, "MT. HEBRON SECTION 13, LOTS 36 AND 37 (A Resubdivision of Mt. 204 Hebron Section 13, Lot 35 Plat No. 14874)", which Plat is recorded among the Lane records of Howard County, Amryland as Plat M.D.R. No.14964
> BEING the same property which by Deed dated June 18, 2003 and recorded June 25, 2003 in Iiber 7309, Folio 499 among the Land Records of Howard County, Maryland which was granted and conveyed by Winthorpe, Inc., unto the Grantor(s) herein.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT